*E-Filed 4/1/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MANSE SULLIVAN,
for Mrs. Walter Mae Smith,

    Plaintiff,

  v.

PHILIP MORRIS USA, INC, and
ALTIRA GROUP, INC.,

    Defendants.
_____/

No. C 13-5173 RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has failed to comply with the Court's order to file an amended complaint. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain an amended complaint that addresses the deficiencies discussed in the order dismissing the complaint with leave to amend. Plaintiff's motion to extend time (Docket No. 4) is DENIED. The Clerk shall terminate Docket No. 4, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: April 1, 2014

                                       RICHARD SEEBORG
                                       United States District Judge